[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-15187
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 1, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-00079-CR-KOB-RRA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FREDERICK JAMES BRYANT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(June 1, 2009)

Before WILSON, PRYOR and COX, Circuit Judges.

PER CURIAM:

Ann Day Lawrence, appointed counsel for Frederick James Bryant, has filed

a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders

v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct.  Because independent examination of the

record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Bryant's conviction and sentence are **AFFIRMED**.